

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

July 16, 2021

BY ECF



Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

          Re:  Hilda Vasquez v. Comm'r of Soc. Sec.
               21 Civ. 1373 (KPF)

Dear Judge Failla:

       This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on July 19, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until September 17, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                               Respectfully,

                               AUDREY STRAUSS
                               United States Attorney

            By:       s/  *Susan D. Baird*
                  SUSAN D. BAIRD
                  Assistant United States Attorney
                  tel. (212) 637-2713
                  Susan.Baird@usdoj.gov

cc:    Daniel Berger, Esq.

Application GRANTED.

Dated: July 16, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE