Case 1:21-cv-01373-BCM   Document 33   Filed 09/13/22   Page 1 of 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDA ALTAGRACIA VAZQUEZ, | |
| Plaintiff, | 21-CV-1373 (BCM) |
| -against- | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff Hilda Altagracia Vazquez filed this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security denying her applications for disability insurance benefits and supplemental security income. The case is before me for all purposes pursuant to 28 U.S.C. § 636(c).

The Court carefully reviewed the record, the briefs, and applicable law, heard oral argument from the parties on September 13, 2022, announced its decision on the record at the conclusion of the argument (the Oral Decision), and directed the parties to order a copy of the transcript and split the costs.

For the reasons detailed in the Oral Decision, plaintiff's motion for judgment on the pleadings (Dkt. 22) is GRANTED, the Commissioner's cross-motion for judgment on the pleadings (Dkt. 27) is DENIED, and the case is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision.

The Clerk of the Court is respectfully directed to close the case.

Dated: New York, New York         SO ORDERED.
       September 13, 2022

_____
**BARBARA MOSES**
**United States Magistrate Judge**