UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HILDA ALTAGRACIA VAZQUEZ,

                Plaintiff,                21 **CIVIL** 1373 (BCM)

-against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY

                Defendant.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated September 13, 2022, plaintiff's motion for judgment on the pleadings (Dkt. 22) is GRANTED, the Commissioner's cross-motion for judgment on the pleadings (Dkt. 27) is DENIED, and the case is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision.; accordingly, this case is closed.

**Dated:**  New York, New York
          September 14, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          **BY:**

                                                       **Deputy Clerk**