```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA VASQUEZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

21-CV-1373 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's motion for attorney's fees. (Dkt. 35.) Defendant's opposition is due no later than **December 27, 2022**. *See* Local Civ. R. 6.1(b). The parties shall promptly inform the Court if they reach a resolution on this motion prior to defendant's opposition deadline.

Dated: New York, New York
       December 13, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

1